IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-00445-LTB-PAC

eSOFT, INC., a Delaware corporation,

     Plaintiff(s),

v.

SONICWALL, INC., a California corporation,

     Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

     IT IS HEREBY **ORDERED** that the Motion for Entry of Protective Order dated August 3, 2006 (doc. 25) is denied as mooted by the withdrawal of the motion in the Joint Motion for Entry of Protective Order (doc. 32).

     IT IS **FURTHER ORDERED** that the hearing set for October 26, 2006 at 3:00 p.m. is **vacated**.


Dated: September 1, 2006