IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00445-LTB-PAC

eSOFT, INC., a Delaware corporation,

    Plaintiff(s),

v.

SONICWALL, INC., a California corporation,

    Defendant(s).

---

### MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    IT IS HEREBY **ORDERED** that the Joint Motion for Entry of Protective Order [filed August 25, 2006; Doc. No. 32] is **GRANTED**. The attached Stipulated Protective Order shall be filed with the court this date.

Dated: September 5, 2006