IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-00445-LTB-PAC

eSOFT, INC., a Delaware corporation,

     Plaintiff(s),

v.

SONICWALL, INC., a California corporation,

     Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

     IT IS HEREBY **ORDERED** that the Joint Request for Settlement Conference [filed November 15, 2006; Doc. No. 43] is **GRANTED** as follows:

     IT IS **FURTHER ORDERED** that a Settlement Conference is set for **January 26, 2007 at 10:00 a.m.**, 5th Floor, Arraj Courthouse.

     Confidential Settlement Statements are due on or before **January 22, 2007,** and should be e-mailed to the Magistrate Judge at Coan_Chambers@cod.uscourts.gov.

     Confidential Settlement statements with attachments totaling over 15 pages shall be submitted to the Clerk's Office in an envelope labeled "Personal Materials" addressed to Magistrate Judge Patricia A. Coan.

     ***Counsel and parties with full authority to settle must be present.***

     In compliance with D.C.Colo. LCivR 83.2B all parties, counsel and witnesses shall have valid, current, photo identification when entering the courthouse.

Dated: November 20, 2006