IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-00445-LTB-PAC

eSOFT, INC., a Delaware corporation,

    Plaintiff(s),

v.

SONICWALL, INC., a California corporation,

    Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    IT IS **HEREBY ORDERED** that the Joint Motion to Amend Scheduling Order (Doc. #49), filed December 1, 2006, is **GRANTED** as follows:

    The fact discovery deadline is extended to **February 21, 2007.**

    The parties shall designate expert witnesses and comply with the disclosure requirements of Fed.R.Civ.P. 26(a)(2) **on or before February 22, 2007**.

    The parties shall designate rebuttal experts and comply with the disclosure requirements of Fed.R.Civ.P. 26(a)(2) **on or before March 26, 2007.**

    The expert discovery deadline is extended to **April 11, 2007**.

Dated: December 7, 2006

Dated:  December 7, 2006

_____
The undersigned certifies that a copy of the foregoing Minute Order was served on December 7, 2006, by: (*) Delivery to; by: (**) Depositing in the United States Mail, postage prepaid, addressed to; or by (***) facsimile to:

_____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.  06-cv-

     The undersigned certifies that a copy of the foregoing Order Setting Scheduling/Planning Conference  was served on December 7, 2006 by: (*) Delivery to; or by (**) Depositing in the United States Mail, postage prepaid, addressed to; or by (***) facsimile to:

_____
Deputy Clerk