IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-00445-LTB-PAC

eSOFT, INC., a Delaware corporation,

    Plaintiff(s),

v.

SONICWALL, INC., a California corporation,

    Defendant(s).

_____

### MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER**

    IT IS **HEREBY ORDERED** that the Second Joint Motion to Amend Scheduling Order [Filed February 5, 2007; Doc. No. 62], is **GRANTED** as follows:

    The fact discovery deadline is extended to **April 11, 2007.**

    The parties shall designate expert witnesses and comply with the disclosure requirements of Fed.R.Civ.P. 26(a)(2) **on or before March 2, 2007**.

    The parties shall designate rebuttal experts and comply with the disclosure requirements of Fed.R.Civ.P. 26(a)(2) **on or before March 28, 2007.**

Dated: February 6, 2007