**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.  06-cv-00445-LTB-PAC

eSOFT, INC., a Delaware corporation,

      Plaintiff,

v.

SONICWALL, INC., a California corporation,

      Defendant.

_____

**ORDER**
_____

    Upon Defendant's Motion to Stay Pending Outcome of *Inter Partes* Reexamination

Proceedings (Doc 58 - filed January 23, 2007), and Plaintiff's Response (Doc 66 - filed

February 9, 2007), it is

    ORDERED that the Motion to Stay is GRANTED.


                    BY THE COURT:


                       s/Lewis T. Babcock_____
                     Lewis T. Babcock, Chief Judge

DATED:  February 12, 2007