IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 06-cv-00445-PAB-KLM

ESOFT, INC.

    Plaintiff,

v.

SONICWALL, INC.

    Defendant.

_____

**ORDER**
_____

    On February 12, 2007, Judge Babcock ordered this case stayed pending the outcome of an *Inter Partes* Reexamination (Docket No. 67). The parties have not alerted the court of any activity in this case since. Therefore, it is

    **ORDERED** that the parties shall file either separate reports or a joint report regarding the status of the case and the *Inter Partes* Reexamination on or before **December 10, 2008.**

    DATED this 24th day of November, 2008.

                                      BY THE COURT:

                                      s/Philip A. Brimmer
                                      PHILIP A. BRIMMER
                                      United States District Judge