IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 06-cv-00445-PAB-KLM

ESOFT, INC.

    Plaintiff,

v.

SONICWALL, INC.

    Defendant.
_____

**ORDER**
_____

    On February 12, 2007, the Court ordered this case stayed pending the outcome of an *Inter Partes* Reexamination [Docket No. 67]. On December 10, 2008, pursuant to an order of the Court [Docket No. 73], the parties filed a status report in the case [Docket No. 74]. According to that report, the *Inter Partes* Reexamination is ongoing. With no discernible end-date to the reexamination process and any subsequent appeals, it is

    **ORDERED** that this case be administratively closed pursuant to D.C.COLO.LCivR 41.2. The case may be reopened by any party showing good cause.

    DATED this 17th day of December, 2008.

                                      BY THE COURT:

                                      s/Philip A. Brimmer
                                      PHILIP A. BRIMMER
                                      United States District Judge