IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 06-cv-00445-PAB-KLM

ESOFT, INC.,

    Plaintiff,

v.

SONICWALL, INC.,

    Defendant.

---

### ORDER

---

This matter is before the Court on Plaintiff's Unopposed Motion to Reopen Case [Docket No. 77]. On December 17, 2008, this case was administratively closed pursuant to D.C.COLO.LCivR 41.2 pending the outcome of the *Inter Partes* Reexamination [Docket No. 75]. On November 2, 2010, the Patent and Trademark Office ("PTO") issued an *Inter Partes* Reexamination Certificate for U.S. Patent No. 6,961,773 (the "'773 patent"). In light of the conclusion of the reexamination, plaintiff moves the Court to lift the stay and allow the case to proceed.

The Court finds that there is good cause to reopen the case. Accordingly, it is

**ORDERED** that Plaintiff's Unopposed Motion to Reopen Case [Docket No. 77] is **GRANTED**. It is further

**ORDERED** that this case is reopened.

DATED November 8, 2011.

                                BY THE COURT:

                                s/Philip A. Brimmer
                                PHILIP A. BRIMMER
                                United States District Judge