IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-00445-PAB-KLM

ZVELO, INC., a Delaware corporation,

    Plaintiff,

v.

SONICWALL, INC., a California corporation,

    Defendant.

_____

**MINUTE ORDER**
_____

**ENT1ERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Unopposed Motion for Leave to File Second Amended Complaint to Assert Second Related Patent** [Docket No. 134; Entered August 29, 2012] (the "Motion for Leave") and Plaintiff's **Unopposed Motion for Enlargement of Time to File Responsive Pleading Due to Filing of Second Amended Complaint** [Docket No. 135; Entered August 29, 2012] (the "Motion for Enlargement").

    Regarding the Motion for Leave [#134], in an Order [#116] issued on July 12, 2012, the Court granted Plaintiff leave to file a first amended complaint to include infringement allegations pertaining to a related patent, the '909 patent, which Plaintiff filed on July 23, 2012 [#119].  For the same reasons set forth in the previous motion for leave to amend [#106], Plaintiff again seeks leave to amend to include allegations pertaining to a second related patent, the '304 patent.  Although Defendant does not waive the objections it raised in response to the previous motion for leave to amend [#111], in light of the Court's granting of that motion, Defendant does not oppose the filing of the instant Motion for Leave.

    Regarding the Motion for Enlargement [#135], Plaintiff seeks an extension of time to answer any counterclaims until after Defendant files its answer to the second amended complaint.  Plaintiff is seeking to avoid filing an answer to the counterclaims asserted by Defendant in its answer to the first amended complaint filed on August 9, 2012 [#133]. Although such a request is likely not necessary given that upon the filing of the second amended complaint Defendant will be required to file a new answer, to avoid any confusion, the Motion for Enlargement is granted.  Accordingly,

1

IT IS HEREBY **ORDERED** that the Motion for Leave [#134] is **GRANTED**.

IT IS FURTHER **ORDERED** that the Clerk of the Court shall accept Plaintiff's Second Amended Complaint plus exhibits [#134-1 to #134-5] for filing as of the date of this Order.

IT IS FURTHER **ORDERED** that the Motion for Enlargement [#135] is **GRANTED.** Upon Defendant's filing of an answer to the Second Amended Complaint, Plaintiff shall file its answer to any counterclaims in accordance with Rule 12 of the Federal Rules of Civil Procedure.

Dated:  August 31, 2012