IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-00445-PAB-KLM

ZVELO, INC., a Delaware corporation,

    Plaintiff,

v.

SONICWALL, INC., a California corporation,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Unopposed Motion for Leave to Amend Joint Amended Scheduling Order in a Patent Case and Extend Deadline for Submission of Technology Tutorial** [Docket No. 150; Filed November 29, 2012] (the "Motion").  Plaintiff seeks an extension from December 1, 2012 to December 7, 2012 for each party to submit their respective technology tutorials on disk.

    IT IS HEREBY **ORDERED** that the Motion [#150] is **GRANTED**.  The Joint Amended Scheduling Order in a Patent Case entered on August 1, 2012 [#126] is modified to extend the following deadline:

- Deadline to Submit Technology Tutorials on Disk     **December 7, 2012**

Dated:  December 3, 2012