IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-00445-PAB-KLM

ZVELO, INC., a Delaware corporation,

     Plaintiff,

v.

SONICWALL, INC., a California corporation,

     Defendant.

_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

     This matter is before the Court on Plaintiff's **Joint Motion for Leave to Modify Joint Amended Scheduling Order in a Patent Case** [Docket No. 174; Filed April 4, 2013] (the "Motion").  In view of the addition of two patents and a large number of terms that may be construed by the Court, the parties seek an extension of various deadlines that are timed from the issuance of the Court's claim construction Order.

     IT IS HEREBY **ORDERED** that the Motion [#174] is **GRANTED**.  The Joint Amended Scheduling Order in a Patent Case entered on August 1, 2012 [#126] is modified to extend the following deadlines:

| Deadline | Days Due After Issuance of Claim Construction Order |
|---|---|
| • **Deadline to Amend Pleadings Regarding Willful Infringement of Inequitable Conduct and Deadline to Amend Claim Charts and Prior Art Statements** | **45 days** |
| • **Fact Discovery Deadline** | **80 days** |
| • **Designation of Affirmative Experts and Provision of Information Pursuant to Fed. R. Civ. P. 26(a)(2)** | **90 days** |

- **Designation of Rebuttal Experts and      120 days
  Provision of Information Pursuant to Fed. R.
  Civ. P. 26(a)(2)**

- **Expert Discovery Deadline      150 days**

- **Dispositive Motions Deadline      180 days**

Dated:  April 4, 2013